UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:25-cv-02245-RBD-NWH

TAVIA WAGNER,

   Plaintiff,

vs.

TINH DUY NGUYEN REVOCABLE
LIVING TRUST and PIG FLOYD'S
SMOKEHOUSE, LLC, d/b/a PIG
FLOYDS URBAN BARBAKOA, a/k/a
PIG FLOYDS URBAN BBQ,

   Defendants.
_____/

## ANSWERS TO COURT INTERROGATORIES

1. Residence address

    I live at 1006 N. Florida Avenue, Deland, Florida.

2. Name of current employer and place of employment.

    I am disabled and unemployed.

3. Date(s) and time(s) that you visited the facility.

    I visited on October 9, 2025.

4. Purpose of your visit(s) and duration of your stay(s).

    I made a purchase. I was there for approximately 1 hour.

5. Did anyone else accompany you? If so, who?

1

Yes, my sister Marla Shaw.

6. Describe the nature of your disability.

I have Spina Bifida and use a wheelchair for mobility purposes.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

I encountered:

**VIOLATIONS**

    a) Failure to provide ADA compliant parking stall striping and markings, in violation 2023 FAC and 2010 ADAS Section 502.3.3.

    b) Failure to provide ADA compliant parking stall width clearance, in violation 2023 FAC Section 502.1.

    c) Failure to provide ADA compliant parking stall slope gradings, in violation 2023 FAC Section 502.4.

    d) Failure to provide ADA compliant access aisle striping and markings, in violation 2023 FAC and 2010 ADAS Section 502.3.3.

    e) Failure to provide ADA compliant access aisle width clearance, in violation 2023 FAC and 2010 ADAS Section 502.3.1.

    f) Failure to provide ADA compliant access aisle slope grading, in violation 2023 FAC Section 502.4.

g) Failure to provide ADA compliant accessible route that does not provide abrupt changes in elevation greater than ¼ inch, in violation 2023 FAC and 2010 ADAS Section 303.2 and 303.3.

h) Failure to provide ADA compliant curb ramp slope grading, in violation 2023 FAC and 2010 ADAS Section 405.2.

i) Failure to provide ADA compliant directional and informational signage leading to an accessible entrance, in violation 2023 FAC and 2010 ADAS Section 216.6.

j) Failure to provide ADA compliant number of exterior table seating, in violation 2023 FAC and 2010 ADAS Section 227.3.

k) Failure to provide ADA compliant exterior table clearances, in violation 2023 FAC and 2010 ADAS Section 306.1.

l) Failure to provide ADA compliant number of interior table seating, in violation 2023 FAC and 2010 ADAS Section 227.3.

m) Failure to provide ADA compliant interior table clearances, in violation 2023 FAC, 2014 FAC and 2010 ADAS Section 306.1.

n) Failure to provide ADA compliant transaction eat-in counter height, in violation 2023 FAC and 2010 ADAS Section 904.4.1 and 904.4.2.

o) Failure to provide ADA compliant interior route width clearance leading to building entrance, in violation 2023 FAC and 2010 ADAS Section 403.5.1.

p) Failure to provide ADA compliant restroom signage, in violation 2023 FAC and 2010 ADAS Section 216.8.

q) Failure to provide ADA compliant hook reach range, in violation 2023 FAC and 2010 ADAS Section 308.2.1.

r) Failure to provide ADA compliant insulated pipes, in violation 2023 FAC and 2010 ADAS Section 606.5.

s) Failure to provide ADA compliant mirror, in violation 2023 FAC and 2010 ADAS Section 603.3.

t) Failure to provide ADA compliant paper towel dispenser height, in violation 2023 FAC and 2010 ADAS Section 308.2.1.

u) Failure to provide ADA compliant paper towel dispenser reach range, in violation 2023 FAC and 2010 ADAS Section 604.3.1.

v) Failure to provide ADA compliant flushing mechanism, in violation 2023 FAC and 2010 ADAS Section 604.6.

w) Failure to provide ADA compliant rear grab bar spacing, in violation 2023 FAC and 2010 ADAS Section 609.3.

    x) Failure to provide ADA compliant rear grab bar height, in violation 2023 FAC and 2010 ADAS Section 609.4.

    y) Failure to provide ADA compliant rear grab bar extension, in violation 2023 FAC and 2010 ADAS Section 604.5.2.

    z) Failure to provide ADA compliant side grab bar height, in violation 2023 FAC and 2010 ADAS Section 609.4.

    aa) Failure to provide ADA compliant side grab bar extension, in violation 2023 FAC and 2010 ADAS Section 604.5.1.

    bb) Failure to provide ADA compliant toilet paper dispenser location, in violation 2023 FAC and 2010 ADAS Section 604.7.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

    See receipt attached hereto.

9. Please list any other Title III cases in which you have been a party in this District.

    See case list attached hereto.

_____
Tavia Wagner

**JURAT**

STATE OF FLORIDA
COUNTY OF VOLUSIA

Subscribed and sworn to (or affirmed) before me this

___2___ day of ___December___, 2025

by ___Sherri Matthews___
(Name of Signer)

___Sherri Matthews___
(Signature of Notary Public)

My Commission Expires ___9-9-28___

Personally Known ___✓___ or Produced Identification _____
What type of Identification Produced – Driver's License _____ ID _____
___✓___ Signed In My Physical Presence

DESCRIPTION OF THE ATTACHED DOCUMENT

Title or Type of Document <u>Answers to Court Interrogatories</u>

Document Date _____ Number of Pages _____

Signer(s) Other Than Above <u>None</u>



SHERRI MATTHEWS
Notary Public
State of Florida
Comm# HH589308
Expires 9/9/2028

6